JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FILOBERTO JUAN REVOLORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of<br>Homeland Security, et al.,<br><br>　　　　　Defendants. | No. C 08-2949 PJH<br><br>**STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services found that Plaintiff is a member eligible for benefits under the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp.796 (N.D. Cal. 1991) (ABC).

///

///

///

///

///

Stipulation to Dismiss
C08-2949 PJH                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: August 7, 2008           Respectfully submitted,

3 |                               JOSEPH P. RUSSONIELLO
United States Attorney

4

5 |                               _____/s/_____

6 |                               ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7

8 | Dated: August 6, 2008           _____/s/_____
JONATHAN M. KAUFMAN

9 |                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/8/08

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-2949 PJH             2